Alice C. Ogg, appellee, v. Charles R. Rice and The Gibson Canning Company, appellants. Gen. No. 8,178.

Opinion filed May 2, 1928.

Herrick & Herrick, Schneider & Schneider and O. R. Middleton, for appellants. Dobbins & Dobbins, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.